THE STATE, EX REL. PARTLOW ET AL., *v.* CITY OF COLUMBUS
ET AL.

[Cite as State, ex rel. Partlow, v. Columbus (1970),
24 Ohio St. 2d 73.]

(No. 69-342—Decided October 26, 1970.)

*Mr. James C. Britt* and *Mr. Joseph S. Deutschle, Jr.,*
for relators.

*Mr. John C. Young,* city attorney, *Miss Georgena
Howell* and *Mr. Thomas A. Bustin,* for respondents.

*Per Curiam.* This case is before the court on a motion
by relators to find respondents in contempt for failure
to obey this court's order of April 1, 1970 (*State, ex rel.
Partlow,* v. *Columbus* [1970], 22 Ohio St. 2d 1), ordering
respondents to institute appropriation proceedings to ap-
propriate aerial easements in relator's property.

Subsequent to the filing of the motion, and the hearing
thereon, on October 19, 1970, the city council appropriated
the necessary funds, and, on October 20, 1970, respondents
instituted proceedings against the property of all but one
of the relators. The city was unable to institute proceed-
ings against that parcel because of lack of an appraisement.
The omitted property was occupied by a tenant and the
appraiser was unable to obtain access thereto. Relator's
counsel agrees that this is in fact true.

The respondents now having complied with the order
of this court, the motion in contempt is dismissed.

Inasmuch as respondents did not comply with this
court's order until after the filing of the motion in contempt

and a hearing thereon, court costs of this proceeding are assessed against respondents.

*Motion dismissed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, STERN and LEACH, JJ., concur.
CORRIGAN, J., not participating.